Thomas Lether, OSB # 101708
Eric J. Neal, OSB # 110268
LETHER LAW GROUP
1848 Westlake Ave N,
Seattle, WA  98109
T: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff First Mercury Insurance Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HOFFMAN CONSTRUCTION COMPANY OF OREGON, an Oregon corporation; and WEST PARK AVENUE, LLC., an Oregon limited liability company;<br><br>Defendants. | Case No. 3:20-cv-01803-JR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>(Clerk's Action Required) |

## I.     STIPULATION

Pursuant to Or. R. Civ. P. 67, Plaintiff First Mercury Insurance Company, and Defendants Hoffman Construction Company of Oregon and West Park Avenue, LLC, by and through their attorneys of record agree and stipulate that all claims and counterclaims asserted in this action should be dismissed with prejudice and without fees or costs to any party.

STIPULATION AND [PROPOSED]
ORDER TO DISMISS    - 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

DATED this 29th day of March, 2022.

LETHER LAW GROUP

*/s/Thomas Lether*
Thomas Lether
Eric J. Neal
1848 Westlake Ave. N., Ste. 100
Seattle, WA 98109
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff First Mercury Insurance Company*

DATED this 29th day of March, 2022.

PARSONS FARNELL & GREIN, LLP

*/s/ Jason Gauss*
Michael E. Farnell
Jason M. Gauss
1030 SW Morrison Street
Portland, Oregon 97205
mfarnell@pfglaw.com
jgauss@pfglaw.com
*Attorney for Defendant Hoffman Construction Company of Oregon*

DATED this 29th day of March, 2022.

RICHARDSON WANG LLP

*/s/ Kirc Emerson*
Kirc Emerson
805 SW Broadway, Suite 470
Portland, OR 97205
kirc@richardsonwang.com
*Attorneys for Defendant West Park Avenue, LLC*

STIPULATION AND [PROPOSED]
ORDER TO DISMISS    - 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

## II.  ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this matter shall be dismissed with prejudice.

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this ___ day of _____, 2022.

_____<br>
Judge/Commissioner

STIPULATION AND [PROPOSED]
ORDER TO DISMISS   - 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Oregon that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Michael E. Farnell
Jason M. Gauss
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979
mfarnell@pfglaw.com
jgauss@pfglaw.com
*Attorneys for Defendant*
*Hoffman Construction Company of Oregon*

KIRC EMERSON
kirc@richardsonwang.com
RICHARDSON WANG LLP
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone: (503) 546-4637
*Attorneys for Defendant West Park*
*Avenue, LLC*

**By:**     [] Email          [X] ECF System          [ ] Legal Messenger

Dated this 29th day of March, 2022, at Seattle, Washington.

                                          */s/ Jessica Bowman*
                                            Jessica Bowman | Paralegal