IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FIRST MERCURY INSURANCE COMPANY,

            Plaintiff(s),

   v.

HOFFMAN CONSTRUCTION COMPANY
OF OREGON, et al.,

            Defendant(s).

Civil No. 03:20-cv-01803-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that the parties' Stipulated Motion to Dismiss [46] is GRANTED and this action is DISMISSED with prejudice and without fees or costs to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 29th day of March, 2022.

            by   /s/ Jolie A. Russo
                Jolie A. Russo
                United States Magistrate Judge